O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GONZALEZ, ) | Case No. CV 14-05004-DMG (KES) |
| Petitioner, ) ) | |
| vs. ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN, ) ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.[1]

DATED: July 29, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] This Order renders MOOT Petitioner's discovery motion. [Doc. # 64.]