**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAIME GONZALEZ,                    ) Case No. CV 14-05004-DMG (KES)
               Petitioner,     )
                      )     **J U D G M E N T**
        vs.                )
WARDEN,                            )
              Respondent.     )
                      )

      Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  July 29, 2016

                                                        
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE